# United States Court of Appeals
## For the First Circuit

———————————————

Nos. 26-1396, 26-1493

NEW ENGLAND SYNOD, Evangelical Lutheran Church in America; GREATER MILWAUKEE SYNOD, Evangelical Lutheran Church in America; SOUTHWEST CALIFORNIA SYNOD, Evangelical Lutheran Church in America; SOUTHWESTERN TEXAS SYNOD, Evangelical Lutheran Church in America; SIERRA PACIFIC SYNOD, Evangelical Lutheran Church in America; SAN FRANCISCO FRIENDS MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; PACIFIC YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NORTH PACIFIC YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; AMERICAN BAPTIST CHURCHES USA; ALLIANCE OF BAPTISTS; METROPOLITAN COMMUNITY CHURCHES,

Plaintiffs - Appellees/Cross-Appellants,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary,

Defendants - Appellants/Cross-Appellees.

———————————————

**ORDER OF COURT**

Entered: June 12, 2026
Pursuant to 1st Cir. R. 27(d)

The parties have filed cross-appeals in No. 4:25-cv-40102 (D. Mass). Pursuant to Fed. R. App. P. 28.1, it is hereby ordered that the United States Department of Homeland Security and Markwayne Mullin be deemed the appellants/cross-appellees ("appellants") and that New England Synod, Evangelical Lutheran Church in America (ELCA), Greater Milwaukee Synod, ELCA, Southwest California Synod, ELCA, Southwestern Texas Synod, ELCA, Sierra Pacific Synod, ELCA, San Francisco Friends Meeting of the Religious Society of Friends, Pacific Yearly Meeting of the Religious Society of Friends, North Pacific Meeting of the Religious Society of Friends, American Baptist Churches USA, Alliance of Baptists; and Metropolitan Community Churches be deemed the appellees/cross-appellants ("appellees"). The parties are directed to use the above caption on all future filings related to these cases.

A briefing schedule will be set once the record on appeal, including all necessary transcripts, is complete.  The attached information sheet sets forth the filing requirements for briefs filed pursuant to Fed. R. App. P. 28.1.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Ayesha N. Khan
Sonia W. Murphy
Sarah Goetz
Kevin E. Friedl
Andrew Liang Bookbinder
Audrey Jordan Wiggins
Brandon Levey
Richard James Leveridge
Lowell Vernon Sturgill Jr.
Donald Campbell Lockhart
Charles W. Scarborough
Kristina A. Wolfe
Sarah Nicole Smith
John Sterling Moore

# CROSS APPEALS
# INFORMATION SHEET
## Fed. R. App. P. 28.1
### Effective with Amendments of December 1, 2018

| BRIEF | BRIEF COVER Fed. R. App. P. 28.1 | LENGTH LIMIT Fed. R. App. P. 28.1(e) | DUE DATE Fed. R. App. P. 28.1(f) |
|---|---|---|---|
| **First Brief** <br><br> Appellants/Cross-Appellees' PRINCIPAL BRIEF | Blue | 30 PAGES *or* 13,000 WORDS/ 1,300 LINES (monospaced text only) | 40 days after record is complete or date set by Clerk's Office |
| **Second Brief** <br><br> Appellees/Cross-Appellants' PRINCIPAL/RESPONSE BRIEF | Red | 35 PAGES *or* 15,300 WORDS/ 1,500 LINES (monospaced text only) | 30 days later |
| **Third Brief** <br><br> Appellants/Cross-Appellees' RESPONSE/REPLY BRIEF | Yellow | 30 PAGES <br><br> or <br><br> 13,000 WORDS/ <br><br> 1,300 LINES (monospaced <br><br> text only) | 30 days later |
| **Fourth Brief** <br><br> Appellees/Cross-Appellants' REPLY BRIEF | Grey | 15 PAGES <br><br> *Or* <br><br> 6,500 WORDS/ 650 LINES (monospaced text only) | 21 days later |