# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

NEW ENGLAND SYNOD, *et al.*,

*Plaintiffs - Appellees/Cross-Appellants*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants - Appellants/Cross-Appellees*.

Nos. 26-1396, 26-1493

## CONSENT MOTION FOR EXTENSION OF TIME
## TO FILE COMBINED PRINCIPAL/RESPONSE BRIEF

Plaintiffs seek an extension of 30 days, until September 25, 2026, in which to file their combined principal/response brief in this appeal and respectfully submit that good cause exists for such extension. Defendants consent to the relief requested.

Defendants filed their opening brief on July 27. Plaintiffs' response brief is currently due August 26. This is Plaintiffs' first request for an extension.

The requested extension is warranted due to briefing and hearing deadlines in this and other cases that overlap with the deadline in this appeal, including Plaintiffs' combined opposition and reply on summary judgment in this case, which is due in the district court on August 27, the day after Plaintiffs' current deadline in this Court. Several of Plaintiffs' counsel also will be absent due to preexisting travel plans

1

during the month of August that will necessarily delay the preparation of the brief in this case. The modest extension requested here thus will help to ensure full and adequate party presentation of the numerous threshold and merits issues raised in this appeal and cross-appeal.

Dated:  July 30, 2026          Respectfully submitted,

<span style="margin-left: 40%;">/s/ Kevin E. Friedl</span>
Kevin E. Friedl
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org

*Counsel for Plaintiffs –*
  *Appellees/Cross-Appellants*

**CERTIFICATE OF COMPLIANCE**

This document complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the portions exempted by Rule 32(f), it contains 175 words.


Dated:  July 30, 2026                                         /s/ Kevin E. Friedl
                                                                      Kevin E. Friedl