**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

NEW ENGLAND SYNOD, *et al.*,

*Plaintiffs-Appellees/Cross-Appellants*,

*v.*

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants-Appellants/Cross-Appellees.*

Nos. 26-01396, 26-01493

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

The undersigned attorney for all Plaintiffs-Appellees/Cross-Appellants, New England Synod, Evangelical Lutheran Church in America (ELCA), Greater Milwaukee Synod, ELCA, Southwest California Synod, ELCA, Southwestern Texas Synod, ELCA, Sierra Pacific Synod, ELCA, San Francisco Friends Meeting of the Religious Society of Friends, Pacific Yearly Meeting of the Religious Society of Friends, North Pacific Yearly Meeting of the Religious Society of Friends, American Baptist Churches USA, Alliance of Baptists, and Metropolitan Community Churches, files this motion of leave to withdraw as counsel of record for all above-listed Plaintiffs-Appellees/Cross-Appellants.

Mr. Bookbinder's employment at Democracy Forward Foundation is ending as of September 11, 2026, and he respectfully requests to be relieved from

his duties in this case. The above signed Plaintiffs-Appellees/Cross-Appellants will remain well-represented by remaining counsel at Democracy Forward Foundation, listed below, as well as all other counsel of record:

Kevin E. Friedl
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org

Sarah Goetz
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
sgoetz@democracyforward.org

J. Sterling Moore
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
smoore@democracyforward.org

Ayesha Khan
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
akhan@democracyforward.org

Mark Samburg
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
msamburg@democracyforward.org

Dated: September 11, 2026

Respectfully submitted,

*/s/ Andrew Bookbinder*

Andrew Bookbinder
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

Counsel for *Plaintiffs-Appellees/Cross-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), it contains 209 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Word in 14-point Times New Roman font, a proportionally spaced typeface.

Dated: September 11, 2026

*/s/ Andrew Bookbinder*
Andrew Bookbinder

**CERTIFICATE OF SERVICE**

I certify that, on September 11, 2026, I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated: September 11, 2026

/s/ Andrew Bookbinder
Andrew Bookbinder