# United States Court of Appeals
## For the First Circuit

Nos. 26-1396
26-1493

NEW ENGLAND SYNOD, Evangelical Lutheran Church in America; GREATER MILWAUKEE SYNOD, Evangelical Lutheran Church in America; SOUTHWEST CALIFORNIA SYNOD, Evangelical Lutheran Church in America; SOUTHWESTERN TEXAS SYNOD, Evangelical Lutheran Church in America; SIERRA PACIFIC SYNOD, Evangelical Lutheran Church in America; SAN FRANCISCO FRIENDS MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; PACIFIC YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NORTH PACIFIC YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; AMERICAN BAPTIST CHURCHES USA; ALLIANCE OF BAPTISTS; METROPOLITAN COMMUNITY CHURCHES,

Plaintiffs - Appellees/Cross-Appellants,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary,

Defendants - Appellants/Cross-Appellees.

**ORDER OF COURT**

Entered: September 17, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Andrew Bookbinder as counsel for Appellees/Cross-Appellants Alliance of Baptists, American Baptist Churches USA, Greater Milwaukee Synod, Metropolitan Community Churches, New England Synod, North Pacific Yearly Meeting of the Religious Society of Friends, Pacific Yearly Meeting of the Religious Society of Friends, San Francisco Friends Meeting of the Religious Society of Friends, Sierra Pacific Synod, Southwest California Synod and Southwestern Texas Synod is granted. Attorney Bookbinder is hereby withdrawn as counsel of record, and Appellees/Cross-Appellants will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Ayesha N. Khan
Sonia W. Murphy
Sarah Goetz
Kevin E. Friedl
Andrew Liang Bookbinder
Brandon Levey
John Sterling Moore
Richard James Leveridge
Madeleine A. Gates
Lowell Vernon Sturgill Jr.
Donald Campbell Lockhart
Charles W. Scarborough
Sarah Nicole Smith
Matt A. Crapo
Christopher J. Hajec