# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1396, 26-1493 **Short Title:** New England Synod v. DHS

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
American Civil Liberties Union of Massachusetts and American Civil Liberties Union as the

[ ] appellant(s) [ ] appellee(s) [✔] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Daniel Mach
Signature

September 24, 2026
Date

Daniel Mach
Name

American Civil Liberties Union
Firm Name (if applicable)

202-675-2330
Telephone Number

915 15th Street NW
Address

Fax Number

Washington, DC 20005
City, State, Zip Code

dmach@aclu.org
Email (required)

Court of Appeals Bar Number: 1139629

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.____________________

==========================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).