# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-1396, 26-1493 **Short Title:** New England Synod v. DHS

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Fair and Just Prosecution, Law Enforcement Action Partnership as the

[ ] appellant(s) [ ] appellee(s) [✓] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)


s/Hyland Hunt
Signature

10/2/2026
Date

Hyland Hunt
Name

Deutsch Hunt PLLC
Firm Name (if applicable)

202-868-6915
Telephone Number

300 New Jersey Ave. NW, Suite 300
Address

202-609-8410
Fax Number

Washington, DC 20001
City, State, Zip Code

hhunt@deutschhunt.com
Email (required)

Court of Appeals Bar Number: 1203236


Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.____________________

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).