## RULE 26.1 DISCLOSURE STATEMENT

Plaintiffs-Appellees/Cross-Appellants have no parent corporations, and no publicly held corporations hold a 10% or greater ownership interest in any of the Plaintiff entities.