# United States Court of Appeals
## For the First Circuit

Nos. 26-1396
26-1493

NEW ENGLAND SYNOD, Evangelical Lutheran Church in America; GREATER MILWAUKEE SYNOD, Evangelical Lutheran Church in America; SOUTHWEST CALIFORNIA SYNOD, Evangelical Lutheran Church in America; SOUTHWESTERN TEXAS SYNOD, Evangelical Lutheran Church in America; SIERRA PACIFIC SYNOD, Evangelical Lutheran Church in America; SAN FRANCISCO FRIENDS MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; PACIFIC YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NORTH PACIFIC YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; AMERICAN BAPTIST CHURCHES USA; ALLIANCE OF BAPTISTS; METROPOLITAN COMMUNITY CHURCHES,

Plaintiffs - Appellees/Cross-Appellants,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary,

Defendants - Appellants/Cross-Appellees.

**ORDER OF COURT**

Entered: October 13, 2026
Pursuant to 1st Cir. R. 27.0(d)

On October 2, 2026, 14 Faith-Based, Immigrant Justice, and Civil Rights Organizations filed a brief as amici curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). In addition, attorney Reem Subei must file an appearance form required by 1st Cir. R. 12.0(a) and 46.0(a)(2). A corrected amici brief and appearance form must be filed no later than [insert 7 day date].

By the Court:

Anastasia Dubrovsky, Clerk

cc: Ayesha N. Khan, Sonia W. Murphy, Sarah Goetz, Kevin E. Friedl, Brandon Levey, John Sterling Moore, Richard James Leveridge, Madeleine A. Gates, Lowell Vernon Sturgill Jr.,

Donald Campbell Lockhart, Charles W. Scarborough, Sarah Nicole Smith, Matt A. Crapo, Christopher J. Hajec, Daniel Mach, Jessie J. Rossman, Ingrid Vianna Sydenstricker, Audrey Jordan Wiggins, Kristina A. Wolfe