Exhibit A

# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1396, 26-1493 **Short Title:** New England Synod, et al v. DHS, et al

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
See attached sheet. as the

[ ] appellant(s) [ ] appellee(s) [✔] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

Reem Subei
Signature

10/10/2026
Date

Reem Subei
Name

Muslim Advocates
Firm Name (if applicable)

(202) 897-1893
Telephone Number

P.O. Box 66408
Address

n/a
Fax Number

Washington, D.C. 20035
City, State, Zip Code

reem@muslimadvocates.org
Email (required)

Court of Appeals Bar Number: 1224002

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.____________________

=====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print Reset

(1) Afghans For A Better Tomorrow; (2) Global Justice Institute; (3) Bend the Arc: A Jewish Partnership for Justice; (4) The American-Arab Anti-Discrimination Committee; (5) El Paso, TX Monthly Meeting- Religious Society of Friends; (6) Asian American Legal Defense and Education Fund; (7) Community United for Status and Protection ("CUSP"); (8) Muslim Bar Association of New York; (9) CAIR Foundation; (10) The Interfaith Center of New York; (11) The Sikh Coalition ; (12) Interfaith Alliance; (13) Muslims for Progressive Values; and (14) Project ANAR.