IN THE UNITED STATES COURT OF APPEALS
FOR FIRST CIRCUIT

| | |
|---|---|
| NEW ENGLAND SYNOD, et al.,<br><br>Plaintiffs-Appellees/ Cross-Appellants,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants-Appellants/ Cross-Appellees. | Nos. 26-1396, 26-1493 |

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE RESPONSE AND REPLY BRIEF**

The government respectfully requests a 30-day extension of time, to and including December 9, 2026, to file its response and reply brief. This motion is unopposed.

1. The government filed its opening brief on July 27, 2026, and plaintiffs filed their principal and response brief on September 25, 2026. The government's response and reply brief is currently due November 9, 2026. The government has not previously sought an extension of its briefing deadline.

2. The requested 30-day extension is necessary to ensure adequate time for the preparation of the government's brief and for consultation within the federal government.

Lowell Sturgill, one of the government attorneys assigned to this case, is occupied with a number of ongoing appellate matters with recent and upcoming deadlines, including a Fourth Circuit oral argument in *Jackson v. United States*, No. 25-2076, on October 30, 2026; the government's opening appeal brief in *Reppen v. USA*, No. 26-1495 (6th Cir.), due November 5, 2026; and the government's appellee brief in *Whaley v. United States*, No. 26-4687 (9th Cir.), due November 9, 2026. Sarah Smith, another government attorney assigned to this case, is also responsible for other matters with pressing deadlines, including briefing in *County of King v. Turner*, No. 25-3664 (9th Cir.) (supplemental brief due November 10, 2026).

In addition, Michael Raab, the attorney with supervisory responsibility over this case, is responsible for numerous other matters with upcoming deadlines, including *Butte County v. Department of Energy*, No. 26-4504 (9th Cir.) (answering brief due October 23, 2026); *In re The Container Store*, No. 26-20166 (5th Cir.) (reply brief due

October 30, 2026); and *National Infusion Center Assn. v. Secretary of HHS*, No. 25-50661 (5th Cir.) (brief in opposition to rehearing due November 2, 2026).

3. The government therefore respectfully requests a 30-day extension of time, to and including December 9, 2026, to file its brief. Plaintiffs do not oppose this request.

Respectfully submitted,

MICHAEL S. RAAB
LOWELL V. STURGILL JR.

/s/ *Sarah N. Smith*
SARAH N. SMITH
(202) 305-0173
*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Room 7533*
*Washington, D.C. 20530*

OCTOBER 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Sarah N. Smith*
Sarah N. Smith

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 328 words, according to the count of Microsoft Word.

/s/ *Sarah N. Smith*
SARAH N. SMITH