## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Amici hereby certify that they have no parent corporations and that no publicly held company owns 10% or more of their stock.

## AUTHORITY TO FILE

Pursuant to Federal Rule of Appellate Procedure 29(a)(2), Amici hereby certify that all parties consent to the filing of this amicus brief.