**CORPORATE DISCLOSURE STATEMENT**

Fair and Just Prosecution is a project of the Tides Center, which is a 501(c)(3) nonprofit organization. The Tides Center has no parent company and no publicly traded company has a 10% or greater ownership interest in the Tides Center or Fair and Just Prosecution.

The Law Enforcement Action Partnership is a 501(c)(3) nonprofit organization. It has no parent company and no publicly traded company has a 10% or greater ownership interest in it.

s/Hyland Hunt
Hyland Hunt