# United States Court of Appeals
## For the First Circuit

Nos. 26-1396
26-1493

NEW ENGLAND SYNOD, Evangelical Lutheran Church in America; GREATER MILWAUKEE SYNOD, Evangelical Lutheran Church in America; SOUTHWEST CALIFORNIA SYNOD, Evangelical Lutheran Church in America; SOUTHWESTERN TEXAS SYNOD, Evangelical Lutheran Church in America; SIERRA PACIFIC SYNOD, Evangelical Lutheran Church in America; SAN FRANCISCO FRIENDS MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; PACIFIC YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NORTH PACIFIC YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; AMERICAN BAPTIST CHURCHES USA; ALLIANCE OF BAPTISTS; METROPOLITAN COMMUNITY CHURCHES,

Plaintiffs - Appellees/Cross-Appellants,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary,

Defendants - Appellants/Cross-Appellees.

**ORDER OF COURT**

Entered: October 26, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant/Cross-Appellees Markwayne Mullin, US Dept. of Homeland Security, Markwayne Mullin and US Dept. of Homeland Security to file a reply brief be enlarged to and including **December 9, 2026**. We are disinclined to grant a request for further enlargement of this deadline.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Matt A. Crapo

Kevin E. Friedl
Madeleine A. Gates
Sarah Goetz
Christopher J. Hajec
Sadaf Hasan
Hyland Hunt
Dana Kaersvang
Ayesha N. Khan
Richard James Leveridge
Brandon Levey
Donald Campbell Lockhart
Daniel Mach
John Sterling Moore
Sonia W. Murphy
Jessie J. Rossman
Charles W. Scarborough
Sarah Nicole Smith
Lowell Vernon Sturgill Jr.
Reem Subei
Ingrid Vianna Sydenstricker
Audrey Jordan Wiggins
Kristina A. Wolfe