## CORPORATE DISCLOSURE STATEMENT AND RULE 29 STATEMENTS

All parties have consented to the filing of this *amici curiae* brief.

Pursuant to Federal Rule of Appellate Procedure 26.1(a) and Circuit Rule 26.1, *amici* are not publicly traded corporations, have no parent corporations, and no publicly held corporation owns 10% or more of their stock.

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), *amici* certify that no counsel for any party authored this brief in whole or in part; no entity or person, aside from *amici*, its members, or its counsel, made any monetary contribution intended to fund the preparation or submission of this brief; and no party, its members, or its counsel, has a majority ownership or majority interest or majority control of any amicus.

Dated: October 19, 2026

*/s/ Reem Subei*
Reem Subei