# United States Court of Appeals
## For the First Circuit

Nos. 26-1396
26-1493

NEW ENGLAND SYNOD, Evangelical Lutheran Church in America; GREATER MILWAUKEE SYNOD, Evangelical Lutheran Church in America; SOUTHWEST CALIFORNIA SYNOD, Evangelical Lutheran Church in America; SOUTHWESTERN TEXAS SYNOD, Evangelical Lutheran Church in America; SIERRA PACIFIC SYNOD, Evangelical Lutheran Church in America; SAN FRANCISCO FRIENDS MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; PACIFIC YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NORTH PACIFIC YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; AMERICAN BAPTIST CHURCHES USA; ALLIANCE OF BAPTISTS; METROPOLITAN COMMUNITY CHURCHES,

Plaintiffs - Appellees/Cross-Appellants,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary,

Defendants - Appellants/Cross-Appellees.

**ORDER OF COURT**

Entered: November 16, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Attorney Reem Subei's motion for leave to enter an appearance on behalf of Amici Curiae 14 Faith-Based Immigrant Justice and Civil Rights Organizations, that motion is allowed. Attorney Reem Subei's notice of appearance is accepted for filing as of this date.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Ayesha N. Khan
Sonia W. Murphy
Sarah Goetz

Kevin E. Friedl
Brandon Levey
John Sterling Moore
Richard James Leveridge
Madeleine A. Gates
Lowell Vernon Sturgill Jr.
Donald Campbell Lockhart
Charles W. Scarborough
Sarah Nicole Smith
Matt A. Crapo
Christopher J. Hajec
Daniel Mach
Jessie J. Rossman
Ingrid Vianna Sydenstricker
Sadaf Hasan
Reem Subei
Hyland Hunt
Dana Kaersvang